IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| SILVIA SUSANA DUHART-OREA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to dismiss current counsel and to appoint new counsel (Filing No. 83). Following a hearing before the Court, with counsel and defendant present, the Court reviewed a draft of the transcript of the Rule 11 hearing held on September 8, 2011.

That transcript establishes that she was placed under oath and during the Rule 11 hearing, the defendant advised the Court that she understood the nature of the charge, the penalties that might be imposed; she understood all of the questions contained in the petition to enter a plea of guilty, which she admitted that she signed under penalty of perjury. During that hearing, she stated that she had no objections of any kind to the manner in which her attorney had represented her.

At no time during the hearing did she suggest that she did not understand the questions, and in fact, admitted that she understood each of the questions and understood the answers that she gave.

At no time did she suggest to the Court that she was hard of hearing or having difficulty.  Under the circumstances, the Court finds her present motion is without merit, and it will be denied.  Accordingly,

IT IS ORDERED that defendant's motion to dismiss current counsel and to appoint new counsel is denied.

DATED this 28th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court