IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| SILVIA SUSANA DUHART-OREA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of Jeffrey L. Thomas to withdraw as counsel for defendant (Filing No. 104). The Court notes new counsel has entered an appearance. Accordingly,

IT IS ORDERED that the motion is granted. Jeffrey L. Thomas and the office of the Federal Public Defender for the District of Nebraska are deemed withdrawn as counsel for defendant.

DATED this 29th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court